IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>ALPINE MOUNTAIN HOMES, INC., GARY WAGGONER, and NANCY WAGGONER,<br><br>        Defendants. | Civil No. 05-3039-CO<br><br>ORDER |

    Magistrate Judge John P. Cooney filed his Findings and Recommendation on March 14, 2006. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1   - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. Plaintiff's motions for summary judgment (#19, #24) are granted, defendant Gary Waggoner's motion for summary judgment (#37) is denied, and a judgment will be entered against defendants Gary and Nancy Waggoner in the amount of $354,065.76, plus costs, fees, and prejudgment interest. This case is dismissed.

IT IS SO ORDERED.

DATED this 12th day of April, 2006.

*Michael E. Hogan*
UNITED STATES DISTRICT JUDGE

2    - ORDER