IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ALPINE MOUNTAIN HOMES, INC., et al.,<br><br>    Defendants. | Civil No. 05-3039-CO<br><br>ORDER |

Magistrate Judge John P. Cooney filed his Findings and Recommendation on May 17, 2006. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1   - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles <u>de</u> <u>novo</u>, I find no error.

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. Plaintiff's motion for attorney's fees (#60) is granted and judgment will be entered for attorney's fees in the amount of $89,115.00.

IT IS SO ORDERED.

DATED this ___14th___ day of ___June___, 2006.

_____
UNITED STATES DISTRICT JUDGE

2   - ORDER